**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

SHIMROZE MOTIN,

    Plaintiff,

v.                                  Case No. 09-13354

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____/

**JUDGMENT**

In accordance with the April 30, 2010 "Opinion and Order (1) Overruling Plaintiff's Objections . . .,"

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant Commissioner of Social Security and against Plaintiff Shimroze Motin.

Dated at Detroit, Michigan, this 30th day of April, 2010.

                                          DAVID J. WEAVER
                                          CLERK OF THE COURT

                                      BY: S/Deborah J. Goltz
                                          Deputy Clerk